William G. Jungbauer
John D. Magnuson, *pro hac vice*
Christopher W. Bowman, *pro hac vice*
YAEGER & JUNGBAUER BARRISTERS, PLC
4601 Weston Woods Way
St. Paul, MN 55127
(651) 288-9500 – telephone
(406) 288-0227 – facsimile
wjungbauer@yjblaw.com; jmagnuson@yjblaw.com;
cbowman@yjblaw.com

Attorneys for Plaintiff

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID BREWER, | Cause No. CV-14-65-GF-BMM-RKS |
| Plaintiff, | |
| vs. | **JOINT STATEMENT** |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendant. | |

On November 20, 2015, this Court issued its order on Plaintiff David Brewer's motion to compel.[1] As part of that order, the Court directed the parties to make a good-faith effort to resolve the apparent dispute over

---

[1] ECF No. 81.

whether Brewer had provided a list to BNSF or whether BNSF refused to produce the retention schedule for the specific categories on the list provided and submit a joint statement on the issue by November 27.[2] Pursuant to that order, counsel for both parties held a telephonic conference on Wednesday, November 25, 2015, and have resolved that dispute without the need for further Court involvement.

DATED this 25th day of November 2015.

         By: */s/ William G. Jungbauer*
          William G. Jungbauer
          Yaeger & Jungbauer Barristers, PLC
          4601 Weston Woods Way
          Saint Paul, MN 55127
          T: (651) 288-9500
          F: (651) 288-0227
          E: wgjgrp@yjblaw.com

          *Attorneys for Plaintiff David Brewer*

DATED this 25th day of November 2015.

         By: */s/ Benjamin O. Rechtfertig*
          Benjamin O. Rechtfertig
          Hedger Friend, PLLC
          2800 Central Avenue, Suite C
          Billings, MT 59102
          T: (406) 896-4100
          F: (406) 896-4199
          E: brechtfertig@hedgerlaw.com

          *Attorneys for Defendant BNSF Ry.*

---

[2] *Id.* at pg. 21.

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Montana, the State of Minnesota, and the United States of America that on November 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel for defendant:

>Mr. Benjamin O. Rechtfertig
>Ms. Michelle T. Friend
>HEDGER FRIEND
>2800 Central Avenue, Suite C
>Billings, MT 59102
>Telephone: (406) 896-4100
>Facsimile: (406) 896-4199
>E-Mail: brechtfertig@hedgerlaw.com
>         mfriend@hedgerlaw.com

DATED this 25th day of November, at St. Paul, Minnesota.

>*/s/ William G. Jungbauer*
>William G. Jungbauer