IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID BREWER, | CV 14-65-GF-BMM-JTJ |
| Plaintiff, | **ORDER** |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

At a hearing held before the undersigned on October 31, 2016, Mr.

Brewer's counsel read into the record information contained within confidential

documents BNSF produced under order of the Court. (Doc. 197.) Pending before

the Court is BNSF's Motion to Request Transcript Redaction or File Under Seal

filed on November 21, 2016. (Doc. 206.) Under Local Rule 7.1(d)(1)(B)(ii), Mr.

Brewer had fourteen days after the motion was filed to respond. Mr. Brewer did

not respond within the required time frame. Therefore, the Court issues the

following order:

**ORDER**

1. BNSF's Motion to Request Transcript Redaction or File Under Seal (Doc.

206) is **GRANTED.**

2. The Clerk of Court will redact the following in the transcript of the

hearing held before the undersigned on October 31, 2016 (Doc. 197):

Page 7, lines 13-21,
Page 8, line 4 through Page 9, line 19,
Page 11, line 25 through Page 12 line 15,
Page 14, lines 7-19,
Page 21, line 20 through Page 22, line 8, and
Page 103, line 15 through Page 104, line 10.

DATED this 22nd day of December 2016.

John Johnston
United States Magistrate Judge