IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID BREWER, | CV-14-65-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, A Delaware Corporation, | |
| Defendant. | |

The Court has been informed that this case has settled at a settlement conference held on June 6, 2018. Accordingly, **IT IS HEREBY ORDERED** that all hearings and deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **July 6, 2018**, or show good cause for their failure to do so.

Dated this 7th day of June, 2018.

Brian Morris
United States District Court Judge

-1-